UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSHUA HERRERA,

    Plaintiff,

v.

M. AGUILERA, et al.,

    Defendants.

Case No. 24-cv-05786 BLF (PR)

**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT**

(Docket No. 5)

Plaintiff, a state parolee, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Dkt. No. 1. The Court screened the complaint and dismissed it with leave to amend to attempt to correct various deficiencies. Dkt. No. 3.

Plaintiff requests an extension of time to file an amended complaint due to a recent death in the family, demands of work and school, and pending move. Dkt. No. 5. Good cause appearing, the request for more time is **GRANTED**. Plaintiff shall file an amended complaint **no later than twenty-eight (28) days from the date this order is filed**.

This order terminates Docket No. 5.

**IT IS SO ORDERED.**

Dated: __February 6, 2025_____

    BETH LABSON FREEMAN
    United States District Judge

Order Granting EOT
PRO-SE\BLF\CR.24\05786Herrera_eot-ac