UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA HERRERA,<br><br>    Plaintiff,<br><br>v.<br><br>M. AGUILERA, et al.,<br><br>    Defendants. | Case No. 24-cv-05786 BLF (PR)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE CDCR NOTICE OF E-SERVICE WAIVER**<br><br>(Docket No. 10) |

Good cause appearing, the motion for a 14-day extension of time to file the CDCR Notice of E-Service Waiver is GRANTED. Dkt. No. 10.

The Clerk is directed to serve a copy of this order on CDCR via email at CDCR_OLA_Service_of_Process@cdcr.ca.gov and on Plaintiff via regular mail.

This order terminates Docket No. 10.

**IT IS SO ORDERED.**

**Dated: __June 5, 2025_____**

                                                  BETH LABSON FREEMAN
                                                United States District Judge

Order Granting EOT
PRO-SE\BLF\CR.24\05786Herrera_eot-CDCR.waiver