IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSHUA HERRERA,**<br><br>Plaintiff,<br><br>v.<br><br>**AGUILERA, et al.,**<br><br>Defendants. | Case No. 5:24-cv-05786-BLF<br><br>**ORDER GRANTING DEFENDANTS' FIRST ADMINISTRATIVE MOTION TO CHANGE DISPOSITIVE MOTION DEADLINE** |

Defendants Payton, Borla, Rodriguez, Aguilera, Verduzco, Ramirez-Olsen, Farley, and Schuyler ("Defendants") moved the Court to modify the scheduling order and extend the dispositive motion deadline by 90 days to October 9, 2025. The Court has read and considered Defendants' motion and the accompanying declaration of counsel, and finds that good cause exists to grant the motion.

Accordingly, Defendants' motion is **GRANTED**. The dispositive motion deadline is extended 90 days to October 9, 2025. Plaintiff's opposition to the dispositive motion shall be filed with the Court and served on Defendants no later than twenty-eight (28) days from the date Defendants' motion is filed. Defendants shall file a reply brief no later than fourteen (14) days after Plaintiff's opposition is filed. The motion shall be deemed submitted as of the date the reply brief is due.

1

No hearing will be held on the motion unless the Court so orders at a later date.

**IT IS SO ORDERED.**

Dated: July 15, 2025

*[signature]*
The Honorable Beth Labson Freeman
United States District Court

2

Order Granting Defs' Admin. Mot. to Change Dispositive Mot. Deadline (5:24-cv-05786-BLF)