UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA HERRERA,<br>Plaintiff,<br>v.<br>M. AGUILERA, et al.,<br>Defendants. | Case No. 24-cv-05786 BLF (PR)<br>**ORDER OF DISMISSAL** |

Plaintiff, a state parolee, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Dkt. No. 1. On April 11, 2025, the Court found the amended complaint stated cognizable claims and ordered the matter served. Dkt. Nos. 7, 8. On January 9, 2026, the Court referred this matter to settlement proceedings pursuant to the parties' stipulation. Dkt. Nos. 20, 21. On August 11, 2026, the parties filed stipulation for voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), having settled the matter. Dkt. No. 32.

Pursuant to the joint stipulation, this action shall be dismissed with prejudice as to all Defendants. Each party is to bear its own litigation costs and attorney's fees.

The Clerk shall terminate any pending motions as moot and close this action.

**IT IS SO ORDERED.**

**Dated:** August 12, 2026

BETH LABSON FREEMAN
United States District Judge